UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ALLEN, | No. 2:13-cv-1458 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| ANDERSON, et al., | |
| Defendants. | |

On February 10, 2014, defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the pending motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: March 11, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alle1458.46osc